IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| KEOKUK GLYCERIN, LLC, and JOHN ROTHGEB, | ) ) ) | Case No. 3:14-cv-00111-JAJ-HCA |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **AFFIDAVIT OF CRAIG F. MARTIN** |
| MIDWEST LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) | |

STATE OF NEBRASKA   )
                    ) ss.
COUNTY OF DOUGLAS   )

COMES NOW the affiant, CRAIG F. MARTIN, being of lawful age and having been duly sworn upon oath, deposes and states upon his personal knowledge as follows:

1. I am an attorney licensed in both Nebraska and Iowa. I am in good standing in both jurisdictions. I represent Defendant Midwest Laboratories, Inc., in the above-referenced matter.

2. I make this affidavit in support of Defendant's Motion for Leave to Amend its Answer.

3. To date, the parties have engaged in written discovery, but no depositions have taken place.

4. Attached to this Affidavit are true and correct copies of the following:

   A: Plaintiff Keokuk Glycerin's Answers, with Objections, to Defendant's Interrogatories, dated February 9, 2015;

   B: Plaintiff Keokuk Glycerin's Amended Answers, with Objections, to Defendant's Interrogatories, dated March 17, 2015;

EXHIBIT 2

C: Plaintiff John Rothgeb's Answers, with Objections, to Defendant's Interrogatories, dated February 9, 2015;

D: Plaintiff John Rothgeb's Amended Answers, with Objections, to Defendant's Interrogatories, dated March 17, 2015;

E: Plaintiff Keokuk Glycerin's Responses, with Objections, to Defendant's Request for Production of Documents, dated February 9, 2015;

F: Plaintiff Keokuk Glycerin's Amended Responses, with Objections, to Defendant's Request for Production of Documents, dated March 17, 2015;

G: Plaintiff John Rothgeb's Responses, with Objections, to Defendant's Request for Production of Documents, dated February 9, 2015; and

H: Plaintiff John Rothgeb's Amended Answers, with Objections, to Defendant's Request for Production of Documents, dated March 17, 2015.

FURTHER AFFIANT SAYETH NOT.

Dated this 6th day of April, 2015.

_____
Craig F. Martin

SUBSCRIBED AND SWORN to before me on this 6th day of April, 2015.

GENERAL NOTARY - State of Nebraska
KATHY POSKEVICH
My Comm. Exp. Nov. 16, 2018

_____
Notary Public

606789

2